UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **LEWIS GARY HUFF** | CV # 09-816-KI |
| Plaintiff, | |
| vs. | |
| **MICHAEL J. ASTRUE,** **COMMISSIONER of Social Security,** | PROPOSED ORDER FOR 406(b) FEES |
| Defendant. | |

Based upon Plaintiff's Unopposed Motion and Memorandum, and accompanying documentation, it is hereby ordered that attorney's fees, pursuant to 42 U.S.C. § 406 (b), in the amount of **$17,222.10**, shall be awarded to Plaintiff's attorney, and mailed to Plaintiff's attorney as follows:

**Martin R. Cohen**
**Attorney at Law**
**PO Box 1229**
**Lake Oswego, OR 97035**

DATED this _____ day of May, 2011.

/s/ Garr M. King
HON. GARR M. KING
UNITED STATES DISTRICT JUDGE

Presented by:
/s/   Linda Ziskin
**LINDA ZISKIN,** OSB # 011067
(503) 889-0472
Of Attorneys for Plaintiff

PROPOSED ORDER FOR EAJA FEES    CV #09-816